1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MURILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | Case No. 1:22-cv-00947-ADA-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 7)<br><br>**DEADLINE: NOVEMBER 18, 2022** |

　　　　This action was filed on July 29, 2022.  (ECF No. 1.)  The initial scheduling conference was set for November 8, 2022.  (ECF No. 3.)  On October 21, 2022, the Court ordered Plaintiff to file a status report on service and readiness for the scheduling conference.  (ECF No. 6.)  Later that same day, Plaintiff filed a notice of settlement, seeking to file dispositional documents by November 18, 2022.  (ECF No. 7.)

　　　　Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  E.D. Cal. L.R. 160(b).  Plaintiff requests additional time to file the dispositional documents, but provides very little in the way of a good cause showing.  Nonetheless, the Court shall permit the limited extension requested to file dispositional documents.  The parties are advised, however, that no further extensions of time shall be granted absent a strong showing of good cause.  Further, the parties are reminded that "[a] failure to file dispositional papers on the

date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **November 18, 2022**.

IT IS SO ORDERED.

Dated: **October 24, 2022**

UNITED STATES MAGISTRATE JUDGE