# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MURILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | Case No.  1: 22-cv-00947-ADA-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)<br><br>(ECF Nos. 10, 11) |

　　On December 1, 2022, the parties filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41 and a request that the Court "retain ancillary jurisdiction for enforcement of the Settlement Agreement between the Parties in its Order."[1]  (ECF No. 10 at 2.)  On December 1, 2022, the Court denied the parties' request to retain jurisdiction over their agreement without prejudice to the filing of a renewed request that comported with the Court's order.  (ECF No. 11.)  The parties were granted until December 23, 2022, to file any such renewed request and were advised that if no requests were filed, the Court would direct the Clerk of the Court to close the case and adjust the docket to reflect the parties' voluntary dismissal pursuant to Rule 41.  (See ECF Nos. 10, 11.)  The time for the parties to file any renewed request has now passed and no requests have been filed.

---

[1] The stipulation of dismissal indicates the action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  (ECF No. 10 at 2.)

Accordingly, in light of the stipulation of the parties, this action is terminated by operation of law, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and with each party to bear its own attorneys' fees and costs.  The Clerk of the Court is HEREBY DIRECTED to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41 (a).

IT IS SO ORDERED.

Dated:   **December 28, 2022**

UNITED STATES MAGISTRATE JUDGE